**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**DEVROL PALMER,**

                  **Plaintiff,**              9:16-cv-27
                                                          (GLS/TWD)
           v.

**DR. MICHAEL SEIDMAN et al.,**

                  **Defendants.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**
DEVROL PALMER
Plaintiff, *Pro Se*
Trysee
Brown's Town P.O.
St. Ann
Jamaica, WI

**FOR DEFENDANTS:**
HON. BARBARA UNDERWOOD    SHANNAN COLLIER
New York Attorney General        KRASNOKUTSKI
The Capitol                           Assistant Attorney General
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Thérèse Wiley Dancks, duly filed on August 13, 2018. (Dkt. No. 85.) Following fourteen days from

the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 85) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 90) is **GRANTED**; and it is further

**ORDERED** that plaintiff's claims against K. Weyn are **DISMISSED WITH PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 28) is **DISMISSED IN ITS ENTIRETY**; and it is further

**ORDERED** that the clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

September 4, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge